United States Bankruptcy Court
Western District Louisiana

In Re: Bobby Major

Case No. 07-11824

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. Section 1111(a). Green Tree Servicing, LLC hereby gives notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| <u>Green Tree Servicing, LLC</u><br>**Name of Transferee** | <u>CIT Group/Sales Financing, Inc.</u><br>**Name of Transferor** |
| **Name and Address where notices to Transferee should be sent:** | **Court Record Address of Transferor:**<br>(Court use only) |
| Green Tree Servicing, LLC<br>PO Box 6154<br>Rapid City, SD 57709-6154<br>(888)298-7785 | CIT Group/Sales Financing, Inc.<br>715 S. Metropolitan Ave, #150<br>Oklahoma City, OK 73108 |
| **Name and Address where Transferee Payments should be sent to (if different From above):** | **Court Claim #** ___6___<br>**Date Claim filed:** ___8/23/07___ |
| Green Tree Servicing, LLC<br>PO Box 0049<br>Palatine, IL 60055-0049 | **Account #: 9583**<br>(Last four digits only)<br>**New Acct # to reference:** ___2464___<br>(Last four digits only) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _(signature)_  Date: 9/25/08
It's Bankruptcy Representative

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. Sections 152 & 3571

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Amended Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within (20) days of mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further notice of the court.

Date: _____

When Recorded Return To:
Green Tree Servicing LLC
Document Custody, T322
7360 South Kyrene Rd
Tempe, AZ 85283

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2007-1109039 10/10/07 02:06 PM
1 OF 3

PALUMBOA

# LIMITED POWER OF ATTORNEY

# THE CIT GROUP/SALES FINANCING, INC.

PURCHASER: GREENWICH INVESTORS XXVI, LLC

SERVICER: GREENTREE SERVICING LLC

## *LIMITED POWER OF ATTORNEY*

Reference is made to that certain Manufactured Housing Loan Purchase and Sale Agreement the "Purchase Agreement" executed and delivered on August 31, 2007 by and between The CIT Group/Sales Financing, Inc., a Delaware corporation located at 715 S. Metropolitan Avenue, Suite 150, Oklahoma City, OK 73108, The CIT Group/Consumer Finance, Inc. (NY), a New York corporation located at 1 CIT Drive, Livingston, New Jersey 07039, each and collectively, called "Seller," and Greenwich Investors XXVI, LLC, a Delaware Limited Liability Company, having an office at 559 San Ysidro Road, Suite I, Santa Barbara, CA 93108, hereinafter called "Purchaser."

The Seller hereby designates and appoints Green Tree Servicing LLC, Green Tree-AL LLC, Green Tree Credit LLC, Green Tree Loan Company and Green Tree Consumer Discount Company, as applicable (collectively known as "Green Tree"), through any officer or employee duly authorized by written resolution on its behalf, its duly authorized agent and attorney-in-fact, with full power and authority in its name, place and stead, with respect to any Loan subject to the Purchase Agreement ("Loan") or real or personal property securing such Loan, to take all of the following actions as though executed or taken by the Seller itself with respect to those Loans: (1) to sign such documents as are necessary to sell and convey such real or personal property, including, but not limited to, signing deeds conveying real property acquired through foreclosure; (2) to execute documents and instruments necessary to release any and all liens and instruments of record with respect to such real or personal property; (3) to execute assignments of notes, contracts, mortgages and security agreements and other documents creating any interests in such real or personal property; (4) to execute all other documents and instruments related in any way to the Loans; and (5) generally, to do and perform any and all things necessary and incident in the premises.

No person or entity dealing with Green Tree shall be required to look beyond this Limited Power of Attorney itself or shall be charged with knowledge of the provisions of the Purchase Agreement or any other instrument, but instead may rely upon, and shall be fully protected by the Seller in relying upon, this Limited Power of Attorney and Purchaser's authority as set forth herein or reasonably inferable wherefrom as incidental to the authority expressly stated herein.

The foregoing authority is automatically revoked with respect to any Loan that Seller has repurchased from Purchaser effective upon the date of such repurchase.

This Limited Power of Attorney is expressly limited to the purposes set forth above, shall not be interpreted as a general power of attorney, and shall have no force or effect except as to matters pertaining to the Purchase Agreement, although it shall be broadly construed as to those matters.

IN WITNESS WHEREOF, the undersigned has caused its name to be subscribed hereto.

The CIT Group/Sales Financing, Inc., Seller

By: _____
Name: Frank Garcia
Title: Senior Vice President
Date: October __4__, 2007

The CIT Group/Consumer Finance, Inc. (NY), Seller

By: _____
Name: Frank Garcia
Title: Senior Vice President
Date: October __4__, 2007

22106_1 <Consumer>

## ACKNOWLEDGMENT

STATE OF NEW JERSEY )
COUNTY OF ESSEX ) ss.
 )

On October __4__, 2007, before me, the undersigned, a Notary Public in and for said County and State, personally appeared Frank Garcia and acknowledged to me to be the Senior Vice President of The CIT Group/Consumer Finance, Inc. (NY) and known to be the persons who executed the within instrument, on behalf of The CIT Group/Consumer Finance, Inc. (NY).

WITNESS my hand and official seal.

_Jan Borkowski_
Notary Public
My Commission Expires: __April 4, 2012__

JAN BORKOWSKI
Notary Public of New Jersey
County of Union
My Commission Expires April 4, 2012

## ACKNOWLEDGMENT

STATE OF NEW JERSEY )
COUNTY OF ESSEX ) ss.
 )

On October __4__, 2007, before me, the undersigned, a Notary Public in and for said County and State, personally appeared Frank Garcia and acknowledged to me to be the Senior Vice President of The CIT Group/Sales Financing, Inc., and known to be the persons who executed the within instrument, on behalf of The CIT Group/Sales Financing, Inc.

WITNESS my hand and official seal.

_Jan Borkowski_
Notary Public
My Commission Expires: __April 4, 2012__

JAN BORKOWSKI
Notary Public of New Jersey
County of Union
My Commission Expires April 4, 2012

22106_1 <Consumer>