# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

In re:

    BOBBY J. MAJOR
    MARCIA M. (DECEASED) MAJOR
        Debtor(s)

Case No. 07-11824

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Lucy G. Sikes, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 07/19/2007.

2)  The plan was confirmed on 10/09/2007.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/05/2011, 04/03/2014.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5)  The case was completed on 11/20/2015.

6)  Number of months from filing to last payment: 100.

7)  Number of months case was pending: 107.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $21,263.00.

10) Amount of unsecured claims discharged without payment: $11,897.39.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $80,232.79 |
| Less amount refunded to debtor | $1,763.99 |

**NET RECEIPTS:** **$78,468.80**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $11,950.86 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,670.06 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$16,620.92** |

Attorney fees paid and disclosed by debtor: $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A. THOMAS POKELA, ATTY | Unsecured | 600.00 | 600.00 | 600.00 | 600.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 0.00 | 2,299.38 | 2,299.38 | 2,299.38 | 0.00 |
| CHRISTUS SCHUMPERT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHRISTUS SCHUMPERT HEALTH SYS | Unsecured | 115.56 | 115.56 | 115.56 | 115.56 | 0.00 |
| CIT FINANCIAL | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| CIT FINANCIAL | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CIT GROUP/CONSUMER FINANCE IN( | Secured | NA | NA | 17,507.02 | 17,507.02 | 0.00 |
| CIT GROUP/SALES FINANCING, INC | Priority | NA | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU OF THE SOUTH | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC. | Unsecured | 147.00 | NA | NA | 0.00 | 0.00 |
| CREDIT SYSTEMS INTERNATIONAL | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| E. A. CONWAY HOSPITAL | Unsecured | 133.63 | 4,859.25 | 4,859.25 | 4,859.25 | 0.00 |
| FMS, INC. | Unsecured | 870.58 | NA | NA | 0.00 | 0.00 |
| FOCUS REC. MGMT. | Priority | NA | NA | NA | 0.00 | 0.00 |
| GREEN TREE | Priority | NA | NA | NA | 0.00 | 0.00 |
| GREENTREE | Secured | 3,023.30 | 0.00 | 2,116.31 | 2,116.31 | 0.00 |
| GREENTREE | Secured | 10,784.06 | 10,784.06 | 10,784.06 | 10,784.06 | 0.00 |
| GREENTREE | Secured | 57,929.74 | 91,833.92 | 19,184.32 | 19,184.32 | 0.00 |
| GREENTREE | Secured | 1,963.72 | 0.00 | 1,963.72 | 1,963.72 | 0.00 |
| JACKSON & MCPHERSON ATTORNE' | Priority | NA | NA | NA | 0.00 | 0.00 |
| KIZER HOOD & MORGAN LLP ATTYS | Priority | NA | NA | NA | 0.00 | 0.00 |
| LABORATORY CORPORATION OF AN | Unsecured | 609.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY CORPORATION OF AN | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY CORPORATION OF AN | Unsecured | 1,347.00 | NA | NA | 0.00 | 0.00 |
| LSU HEALTH SCIENCE CENTER | Unsecured | 116.71 | NA | NA | 0.00 | 0.00 |
| LSU HEALTH SCIENCE CENTER | Unsecured | 645.18 | NA | NA | 0.00 | 0.00 |
| LSU HEALTH SCIENCE CENTER | Unsecured | 1,145.55 | NA | NA | 0.00 | 0.00 |
| LSU HEALTH SCIENCE CENTER | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| LSU HEALTH SCIENCE CENTER | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| LSU HEALTH SCIENCE CENTER | Unsecured | 62.66 | NA | NA | 0.00 | 0.00 |
| LSU HEALTH SCIENCE CENTER | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LSU HEALTH SCIENCE CENTER | Unsecured | 27.16 | NA | NA | 0.00 | 0.00 |
| MANNING, DR. CYDINA BROWN | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| MANNING, DR. CYDINA BROWN | Unsecured | 329.22 | NA | NA | 0.00 | 0.00 |
| MCGLINCHEY STAFFORD, PLLC | Priority | NA | NA | NA | 0.00 | 0.00 |
| MEDCORE, INC. | Unsecured | 61.56 | NA | NA | 0.00 | 0.00 |
| OSI COLLECTION SERVICES | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| OSI COLLECTION SERVICES | Unsecured | 1,093.75 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY ASSOCIATES | Unsecured | 17.01 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 0.00 | 266.84 | 266.84 | 266.84 | 0.00 |
| PROFESSIONAL COLLECTION | Unsecured | 2,465.02 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL COLLECTION | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL COLLECTION | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL COLLECTION | Unsecured | 332.16 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL COLLECTION | Unsecured | 6.13 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL COLLECTION | Unsecured | 331.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL COLLECTION | Unsecured | 232.71 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 0.00 | 693.14 | 693.14 | 693.14 | 0.00 |
| SHERIFF | Priority | NA | NA | NA | 0.00 | 0.00 |
| STATE OF LOUISIANA | Priority | NA | NA | NA | 0.00 | 0.00 |
| UNITED REVENUE CORP. | Unsecured | 332.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 1,458.28 | 1,458.28 | 1,458.28 | 1,458.28 | 0.00 |
| WHEELIS, STEPHEN D., ATTORNEY | Priority | NA | NA | NA | 0.00 | 0.00 |
| WILLIS KNIGHTON HOSPITAL | Unsecured | 321.99 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $40,771.37 | $40,771.37 | $0.00 |
| Mortgage Arrearage | $10,784.06 | $10,784.06 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$51,555.43** | **$51,555.43** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$10,292.45** | **$10,292.45** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | <u>$16,620.92</u> |
| Disbursements to Creditors | <u>$61,847.88</u> |

**TOTAL DISBURSEMENTS** : **<u>$78,468.80</u>**

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/09/2016          By: /s/ Lucy G. Sikes
                                       Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**