UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

In RE: BOBBY J. MAJOR § Case #: 07-11824
MARCIA M. (DECEASED) §
MAJOR §
Debtors § Chapter 13

## NOTICE OF FILING OF FINAL ACCOUNT

Notice is hereby given that the debtor(s) have completed the payments due to the Trustee under the confirmed plan. The Standing Chapter 13 Trustee submits the estate has been fully administered and has, therefore, filed a Final Report and Account (a copy of which is available for examination at the Clerk's Office of the United States Bankruptcy Court) and is prepared to close this case pursuant to 11 U.S.C. §350(a), 11 U.S.C. § 1302(b)(1) and Bankruptcy Rule 5009.

NOTICE IS HEREBY GIVEN that the Trustee's Final Report and Account **SHALL** be approved, the Trustee discharged and this case closed, as set forth above; **UNLESS**, written objection is filed thereto with the Bankruptcy Clerk of Court, Suite 200, U.S. COURTHOUSE, 300 FANNIN STREET, SHREVEPORT, LOUISIANA, 71101, and notice thereof given to the Trustee, the Debtors and the Debtors' counsel. **TO BE CONSIDERED** any such objection **MUST** be filed with the Clerk and noticed as set forth herein within twenty-eight (28) days of the date the Chapter 13 Trustee certifies she mailed this Notice (see **CERTIFICATE OF MAILING** below for date). If any objection is timely filed and noticed, the objecting party will be notified by the Trustee of the date, time and place of the Court hearing on the objection.

/s/Lucy G. Sikes
**CHAPTER 13 TRUSTEE**
**P.O. BOX 1770**
**SHREVEPORT, LA 71166**

## CERTIFICATE OF MAILING

I hereby certify that a copy of this Notice was mailed by U.S.P.S. this Thursday, June 9, 2016 to the Debtor(s), Debtors' Attorney, all creditors per the mailing matrix, and all parties requesting notice.

/s/Lucy G. Sikes
**CHAPTER 13 TRUSTEE**
**P.O. BOX 1770**
**SHREVEPORT, LA 71166**